**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| JON DANOS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRONTIER PROFESSIONAL<br>BASEBALL, INC.,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00321-SM |

**JOINT MOTION TO EXTEND DEADLINES**
**IN THE DISCOVERY PLAN AND CONTINUE TRIAL**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rules 7.1 and 7.2, Plaintiff Jon Danos ("Plaintiff") and Defendant Frontier Professional Baseball, Inc. ("Defendant," and together with Plaintiff, the "Parties"), through their respective counsel, jointly move this Court to extend the deadline to complete fact discovery by five (5) months, from March 29, 2024, until August 30, 2024, and extend accordingly all remaining deadlines in the Discovery Plan (Doc. 6, approved by this Court by Order dated August 7, 2023).  In support of this Joint Motion, the Parties state as follows:

1.　　　Under the current Discovery Plan, the deadline to complete fact discovery is March 29, 2024.

2.　　　In this matter, the Parties have each served Initial Disclosures and written discovery is underway.

3.      Due to a number of competing deadlines for their counsel in other matters, the Parties require additional time to complete tasks set forth in the existing Discovery Plan, and therefore are asking the Court to grant the requested extensions.

4.      In addition to seeking an extension of the discovery deadline, the Parties are also seeking to extend certain interim deadlines, including expert disclosures and exchange of settlement demand and response.

5.      Pursuant to Local Rule 7.2(a)(ii), the requested extensions to the current deadlines are listed below.  The information below is also contained in the Civil Form 3, filed herewith in accordance with Local Rule 7.2(a)(iii).

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for plaintiff to submit settlement demand | 12/6/2023 | 5/10/2024 |
| Deadline for plaintiff's expert disclosure | 1/5/2024 | 6/7/2024 |
| Deadline for defendant to respond to demand | 2/7/2024 | 7/12/2024 |
| Deadline for defendant's expert disclosure | 2/16/2024 | 7/19/2024 |
| Expert supplementation under Fed. R. Civ. P. 26(e) | 3/8/2024 | 8/9/2024 |
| Deadline to complete discovery | 3/29/2024 | 8/30/2024 |
| Deadline to file motions for summary judgment (120 days before trial | 4/19/2024 | 10/4/2024 |
| Deadline to provide status re mediation | 6/7/2024 | 11/8/2024 |
| Deadline to file challenges to expert testimony (45 days before trial) | 6/28/2024 | 1/6/2025 |
| Final Pretrial Statements due | 7/19/2024 | 1/21/2025 |
| LR 16.2(d) Objections due | 8/2/2024 | 2/4/2025 |
| Final Pretrial Conference | 8/7/2024 | 2/11/2025 |
| Two-week jury trial to begin | 8/20/2024 | 2/19/2025 |

6.      Pursuant to Local Rule 7.2(a)(i)-(ii), this Motion, if granted, will result in an extension of remaining discovery and other deadlines in the Discovery Plan as identified above.

7.      This Motion, if granted, will result in the continuance of the trial in this case. Pursuant to Local Rule 7.2(c), undersigned counsel hereby certifies that their clients have been notified of the reasons for the requested continuance and have assented thereto.

8.      In accordance with Local Rule 7.1(c), counsel for the Parties have conferred in good faith, have worked cooperatively together to agree on a new proposed schedule, and jointly request the relief sought in this Motion.

9.      Pursuant to Local Rule 7.1(a)(2), the Parties believe that a supporting memorandum is unnecessary because the relief requested herein is discretionary.

WHEREFORE, Plaintiff Jon Danos and Defendant Frontier Professional Baseball, Inc., through their respective counsel, respectfully request that the Court:

(A)     Grant this Joint Motion and extend the deadline to complete fact discovery from March 29, 2024, until August 30, 2024, and extend all remaining deadlines in the Discovery Plan, including the trial date, as set forth above and in the completed Civil Form 3 submitted herewith; and

(B)     Grant such other and further relief as the Court may deem just and equitable under the circumstances

Dated:  March 28, 2024                          Respectfully submitted,

                                                **JON DANOS,**

                                                By his attorneys

                                                */s/ Jeremy T. Walker*_____
                                                Jeremy T. Walker (NH Bar No. 12170)
                                                MCLANE MIDDLETON, PROFESSIONAL
                                                ASSOCIATION
                                                900 Elm Street, P.O. Box 326
                                                Manchester, NH 03105-0326
                                                (603) 628-1431
                                                Jeremy.walker@mclane.com

**FRONTIER PROFESSIONAL BASEBALL, INC.,**

By its attorneys,

*/s/ Laura L. Carroll*
Laura L. Carroll (NH Bar No. 17444)
BURNS & LEVINSON LLP
125 High Street
Boston, MA 02110
Tel: 617-345-3000
lcarroll@burnslev.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically served the foregoing Joint Motion and Civil Form 3

on all counsel of record via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated:  March 28, 2024                         */s/ Laura L. Carroll*
                                              Laura L. Carroll