IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **JON DANOS**, | ) |
| | ) |
| Plaintiff | ) No. 1:23-cv-321-SM |
| | ) |
| v. | ) |
| | ) |
| **FRONTIER PROFESSIONAL BASEBALL, INC**, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to the Court's March 11, 2024, Endorsed Order for Admission Pro Hac Vice notice is hereby given that Stanley E. Woodward, Jr. of the law firm Brand Woodward Law, LP enters his appearance as counsel for Plaintiff Jon Danos.

Dated: May 13, 2024                     Respectfully submitted,

                                          */s/ Stanley E. Woodward, Jr.*
                                        Stanley E. Woodward, Jr. (*pro hac vice*)
                                        BRAND WOODWARD LAW, LP
                                        400 Fifth Street, Northwest, Suite 350
                                        Washington, DC  20001
                                        202-996-7447 (telephone)
                                        202-996-0113 (facsimile)
                                        Stanley@BrandWoodwardLaw.com

                                        *Counsel for Plaintiff Jon Danos*

## **CERTIFICATE OF SERVICE**

On May 13, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification to all parties of record.

                                                    */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Plaintiff Jon Danos*