UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JON DANOS,<br><br>        Plaintiff,<br><br>    v.<br><br>FRONTIER PROFESSIONAL BASEBALL, INC.,<br><br>        Defendant. | Civil Action No. 1:23-cv-00321-SM |

**NOTICE OF CHANGE OF ADDRESS**
**OF DEFENDANT'S COUNSEL, LAURA L. CARROLL**

Pursuant to Local Rule 83.6(e) and AP 6.2(d), I, Laura L. Carroll, attorney for Defendant Frontier Professional Baseball, Inc., hereby provide notice that my postage address, firm affiliation, email address, and telephone number have changed. My new contact information is as follows:

> Laura L. Carroll
> ArentFox Schiff LLP
> 800 Boylston Street, 32nd Floor
> Boston, MA 02199
> Tel: 617-973-6100
> Email: laura.carroll@afslaw.com

Dated: May 30, 2024

Respectfully submitted,

*/s/ Laura L. Carroll*
Laura L. Carroll (NH Bar No. 17444)
ArentFox Schiff LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Tel: 617-973-6100
Email: laura.carroll@afslaw.com

Attorney for Defendant Frontier Professional Baseball, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically served a copy of this document on all counsel of record via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated: May 30, 2024                           */s/ Laura L. Carroll*
                                                                Laura L. Carroll