UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JON DANOS,<br><br>   Plaintiff,<br><br> v.<br><br>FRONTIER PROFESSIONAL BASEBALL, INC.,<br><br>   Defendant. | Case No. 1:23-cv-00321-SM |

JOINT MOTION TO EXTEND DEADLINES
IN THE DISCOVERY PLAN AND CONTINUE TRIAL

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rules 7.1 and 7.2, Plaintiff Jon Danos ("Plaintiff") and Defendant Frontier Professional Baseball, Inc. ("Defendant," and together with Plaintiff, the "Parties"), through their respective counsel, jointly move this Court to extend certain deadlines in this action, as well as the trial date.

In support of this Joint Motion, the Parties state as follows:

1. Under the current Discovery Plan,[1] the deadline to complete fact discovery is August 30, 2024.

2. The Parties are presently engaged in written discovery.

3. Defendant's counsel changed law firms at the end of May.  Defendant's counsel unfortunately experienced considerable delay in getting case files transferred to her at her new

---

[1] The original Discovery Plan (Doc. 6) was amended on April 3 2024, by Order of the Court approving the Parties' Joint Motion to Extend Deadlines in the Discovery Plan and Continue Trial (Doc. 8).

firm, including in particular documents that had been collected from Defendant, which needed to be reviewed and then produced in response to Plaintiff's document requests. Those documents were maintained at Defendant's counsel's former firm in electronic format, so it was not simply a matter of packing up and moving boxes. The electronic file transfer has recently been completed, which will enable discovery to proceed.

4. Defendant's counsel has kept Plaintiff's counsel fully apprised, and the Parties are jointly proposing the deadlines below which will enable them to complete the remaining tasks in the Discovery Plan.

5. Pursuant to Local Rule 7.2(a)(ii), the requested extensions to the remaining deadlines are listed below. The information below is also contained in the Civil Form 3 being filed herewith in accordance with Local Rule 7.2(a)(iii).

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for plaintiff's expert disclosure | 6/7/2024 | 11/15/2024 |
| Deadline for defendant's expert disclosure | 7/19/2024 | 12/13/2024 |
| Expert supplementation under Fed. R. Civ. P. 26(e) | 8/9/2024 | 1/3/2025 |
| Deadline to complete discovery | 8/30/2024 | 1/17/2025 |
| Deadline to file motions for summary judgment (120 days before trial | 10/4/2024 | 2/14/2025 |
| Deadline to provide status re mediation | 11/8/2024 | 3/21/2025 |
| Deadline to file challenges to expert testimony (45 days before trial) | 1/6/2025 | 5/2/2025 |
| Final Pretrial Statements due | 1/21/2025 | 5/14/2025 |
| DNH LR 16.2(d) Objections due | 2/3/2025 | 5/28/2025 |
| Final Pretrial Conference | 2/5/2025 | 6/3/2025 |
| Two-week jury trial to begin | 2/19/2025 | 6/17/2025 |

6. Pursuant to Local Rule 7.2(a)(i)-(ii), this Motion, if granted, will result in an extension of remaining discovery and other deadlines in the Discovery Plan as identified above.

7. This Motion, if granted, will result in the continuance of the trial in this case. Pursuant to Local Rule 7.2(c), undersigned counsel hereby certifies that their clients have been notified of the reasons for the requested continuance and have assented thereto.

8. In accordance with Local Rule 7.1(c), counsel for the Parties have conferred in good faith, have worked cooperatively together to agree on a new proposed schedule, and jointly request the relief sought in this Motion.

9. Pursuant to Local Rule 7.1(a)(2), the Parties believe that a supporting memorandum is unnecessary because the relief requested herein is discretionary.

WHEREFORE, Plaintiff Jon Danos and Defendant Frontier Professional Baseball, Inc., through their respective counsel, respectfully request that the Court:

(A) Grant this Joint Motion and extend the remaining deadlines in the Discovery Plan, including the trial date, as set forth above and in the completed Civil Form 3 submitted herewith; and

(B) Grant such other and further relief as the Court may deem just and equitable under the circumstances.

Dated:  August 15, 2024                    Respectfully submitted,

**JON DANOS,**

By his attorneys,

*/s/ Jeremy T. Walker*
Jeremy T. Walker (NH Bar No. 12170)
MCLANE MIDDLETON PROFESSIONAL ASSOCIATION
900 Elm Street, P.O. Box 326
Manchester, NH 03105-0326
(603) 628-1431
Jeremy.walker@mclane.com

|  | **FRONTIER PROFESSIONAL BASEBALL, INC.,** |
|---|---|
|  | By its attorneys, |
|  | */s/ Laura L. Carroll*<br>Laura L. Carroll (NH Bar No. 17444)<br>ARENTFOX SCHIFF LLP<br>800 Boylston Street, 32nd Floor<br>Boston, MA 02199<br>Tel: 617-973-6100<br>Laura.carroll@afslaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically served the foregoing Joint Motion and Civil Form 3 on all counsel of record via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated: August 15, 2024              */s/ Laura L. Carroll*
                                                       Laura L. Carroll

AFDOCS:200831899.1