# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JON DANOS,<br><br>   Plaintiff,<br><br> v.<br><br>FRONTIER PROFESSIONAL BASEBALL, INC.,<br><br>   Defendant. | Case No. 1:23-cv-00321-SM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jon Danos and Defendant Frontier Professional Baseball, Inc.[1] (each a "Party" and collectively, the "Parties"), by their attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties' claims and defenses in the above-captioned action be, and hereby are, dismissed WITH PREJUDICE, with all rights of appeal waived. Each Party shall bear his or its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 30th day of April, 2025.

---

[1] Defendant was identified in the Complaint as "Frontier League Professional Baseball." Defendant's correct legal name is Frontier Professional Baseball, Inc.

Dated: April 30, 2025

**JON DANOS,**

By his attorneys,

*/s/ Jeremy T. Walker*
Jeremy T. Walker (NH Bar No. 12170)
MCLANE MIDDLETON, PROFESSIONAL ASSOCIATION
900 Elm Street, P.O. Box 326
Manchester, NH 03105-0326
(603) 628-1431
Jeremy.walker@mclane.com

**FRONTIER PROFESSIONAL BASEBALL, INC.,**

By its attorneys,

*/s/ Laura L. Carroll*
Laura L. Carroll (NH Bar No. 17444)
ARENTFOX SCHIFF LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199
Tel: 617-973-6100
Laura.carroll@afslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically served the foregoing *STIPULATION OF DISMISSAL WITH PREJUDICE* on all counsel of record via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated: April 30, 2025

*/s/ Laura L. Carroll*
Laura L. Carroll

AFSDOCS:302145522.1